IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| *In re:* <br><br> **Subpoena Issued to Caldwell Cassady & Curry** | Miscellaneous Action No. _____ <br><br> [Underlying Case Pending in Northern District of California, CA No. 3:22-cv-01832-WHO] |

### APPLE INC.'S MOTION TO QUASH DOCUMENT SUBPOENA OR, IN THE ALTERNATIVE, TO TRANSFER

Pursuant to Federal Rules of Civil Procedure 45(d)(3) and 26(c), and the Civil Local Rules of this Court, Defendant Apple Inc. ("Apple"), by and through its attorneys, respectfully moves this Court to quash, or in the alternative, to transfer the Rule 45 non-party document subpoena issued to Caldwell Cassady & Curry by Plaintiff R.N Nehushtan Trust, Ltd. ("the Trust") in the action *R.N Nehushtan Trust Ltd. v. Apple Inc*. Case No. 3:22-cv-01832-WHO (N.D.C.A.). The subpoena is returnable on April 18, 2023, in Atlanta, Georgia. Apple's counsel has conferred with counsel for the Trust in an effort to avoid motion practice, but those efforts proved unsuccessful.

1

Dated: April 10, 2023　　　　　　　　　FISH & RICHARDSON P.C.

　　　　　　　　　　　　　　　　　　By: */s/ Dexter J. S. Whitley*
　　　　　　　　　　　　　　　　　　　　Dexter J. S. Whitley (577066)
　　　　　　　　　　　　　　　　　　　　Fish & Richardson P.C.
　　　　　　　　　　　　　　　　　　　　1180 Peachtree Street NE, 21st Floor,
　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30309
　　　　　　　　　　　　　　　　　　　　Phone: 404-724-2808
　　　　　　　　　　　　　　　　　　　　Fax:  404-892-5002
　　　　　　　　　　　　　　　　　　　　Email:   whitley@fr.com

　　　　　　　　　　　　　　　　　　　　Katherine D. Prescott (SBN 215496)
　　　　　　　　　　　　　　　　　　　　Jeanel N. Sunga (SBN 333815)
　　　　　　　　　　　　　　　　　　　　Fish & Richardson P.C.
　　　　　　　　　　　　　　　　　　　　500 Arguello Street, Suite 400
　　　　　　　　　　　　　　　　　　　　Redwood City, CA 94063
　　　　　　　　　　　　　　　　　　　　Phone: 650-893-5070
　　　　　　　　　　　　　　　　　　　　Fax: 650-839-5071
　　　　　　　　　　　　　　　　　　　　Email:  prescott@fr.com
　　　　　　　　　　　　　　　　　　　　Email:  sunga@fr.com

　　　　　　　　　　　　　　　　　　　　Kathryn Quisenberry
　　　　　　　　　　　　　　　　　　　　Karrie Wheatley, Ph.D.
　　　　　　　　　　　　　　　　　　　　Fish & Richardson P.C.
　　　　　　　　　　　　　　　　　　　　909 Fannin Street, Suite 2100
　　　　　　　　　　　　　　　　　　　　Houston, Texas 77010
　　　　　　　　　　　　　　　　　　　　Phone: 713-654-5300
　　　　　　　　　　　　　　　　　　　　Fax: 713-652-0109
　　　　　　　　　　　　　　　　　　　　Email:  quisenberry@fr.com
　　　　　　　　　　　　　　　　　　　　Email:  wheatley@fr.com

　　　　　　　　　　　　　　　　　　　　Joy Kete
　　　　　　　　　　　　　　　　　　　　Fish & Richardson P.C.
　　　　　　　　　　　　　　　　　　　　One Marina Park Drive
　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　Phone: 617-542-5070
　　　　　　　　　　　　　　　　　　　　Fax: 617-542-8906
　　　　　　　　　　　　　　　　　　　　Email:  kete@fr.com

　　　　　　　　　　　　　　　　　　　　**COUNSEL FOR DEFENDANT**
　　　　　　　　　　　　　　　　　　　　**APPLE INC.**

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1, the undersigned certifies that the foregoing complies with the font and point selections permitted by L.R. 5.1(B). This document was prepared on a computer using Times New Roman font (14 point).

This 10th day of April, 2023.

*/s/ Dexter J. S. Whitley*
Dexter J. S. Whitley

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2023, I filed APPLE INC.'S MOTION TO QUASH DOCUMENT SUBPOENA OR, IN THE ALTERNATIVE, TO TRANSFER and the accompanying MEMORANDUM OF LAW IN SUPPORT with the Clerk of Court using the CM/ECF system and served true copies of same via email on the following counsel of record in *R. N Nehushtan v. Apple Inc.*, Case No. 3:22-cv-01832-WHO, (N.D.C.A.).

| | |
|---|---|
| Korula T. Cherian (SBN 133967)<br>Robert M. Harkins, Jr. (SBN 179525)<br>Cherian LLP<br>1936 University Avenue, Suite 350<br>Berkeley, CA 94704<br>(510) 944-0185<br>Email: sunnyc@ruyakcherian.com<br>Email: bobh@ruyakcherian.com | John L. North<br>Steven G. Hill<br>David K. Ludwig<br>Hill, Kertscher & Wharton<br>3625 Cumberland Blvd.<br>Suite 1050<br>Atlanta, GA 30339<br>770-953-0995<br>Fax: 770-953-1358<br>Email: servicernnapple@hkw-law.com<br>Email: jln@hkw-law.com<br>Email: sgh@hkw-law.com<br>Email: dludwig@hkw-law.com |

                                          */s/ Dexter J. S. Whitley*
                                          Dexter J. S. Whitley